# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**ANTONIA AGUILAR MALDONADO**                    Civil No. 26-CV-2001 (SRN/SGE)

           Petitioner,

v.                                                           **ORDER**

**PAMELA BONDI**
*in her official capacity as the Attorney General of the United States*

**KRISTI LYNN ARNOLD NOEM**
*in her official capacity Secretary of the U.S. Department of Homeland Security*

**TODD LYONS**
*in his official capacity as acting director of U.S. Immigration and Customs Enforcement*

**DAVID EASTERWOOD**
*in his official capacity as the Acting Director of the Saint Paul, Minnesota Field Office of the United States Immigration and Customs Enforcement*

           Respondents.

---

Based on the Notice of Voluntary Dismissal filed by Plaintiff, Antonia Aguilar Maldonado, (Doc. No. 7), **IT IS HEREBY ORDERED that** the above-captioned action is hereby **DISMISSED without prejudice**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Friday, March 27, 2026</u>       *s/ Susan Richard Nelson*
                                 Susan Richard Nelson
                                 United States District Judge